# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| BASIL FITZPATRICK, | ) |
| Plaintiff, | ) ) ) |
| v. | )     Case No. 20-3232-CV-SW-SRB |
| TARGET CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is a Motion to Remand Count I. (Doc. #6). The motion is GRANTED. Pursuant to 28 U.S.C. §§ 1441(c)(2) and 1445(c), and with Defendant's consent, Count I of Plaintiff's complaint for workers' compensation retaliatory discharge under R.S.Mo. § 287.780 is severed and remanded to the Circuit Court of Greene County, Missouri. This Court retains jurisdiction over all other counts set forth in the complaint.

**IT IS SO ORDERED.**

                                           /s/ Stephen R. Bough
                                           STEPHEN R. BOUGH
                                           UNITED STATES DISTRICT JUDGE

Dated: August 10, 2020